Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Sykes, Appellant.

Before McDEVITT, III, P. J.

Submitted March 17, 1969. *Jeffry A. Mintz* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Thomas, Appellant.

Before GUERIN, P. J.

Submitted March 17, 1969. *Martin A. Heckscher,* and *Duane, Morris & Heckscher,* for appellant; *Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Thomas, Appellant.

Before McDERMOTT, J.

Submitted March 20, 1969. *Catherine Gallagher Barone,* for appellant; *Leonard S. Goodman* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First